**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| ) | |
| v. ) | **Criminal No. 13-035 (ESH)** |
| ) | |
| **AISHA MAYO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

In a hearing before Magistrate Judge Alan Kay on February 22, 2013, defendant Aisha Mayo entered a plea of guilty. On February 28, 2013, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within fourteen (14) days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: March 15, 2013